UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEFFREY LLOYD MACY, | ) | CASE NO. ED CV 11-01128 RZ |
| Plaintiff, | ) | |
| | ) | ORDER TO SHOW CAUSE |
| vs. | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

On February 16, 2012, counsel filed a notice of motion and motion to withdraw as attorney of record. The motion was noticed for hearing on April 9, 2012 at 10:00 a.m. At the time of the noticed hearing, the matter was called, but counsel was not present. Accordingly, counsel shall show cause in writing, not later than April 23, 2012, why she should not be sanctioned for failing to appear at her noticed motion.

IT IS SO ORDERED.

DATED: April 10, 2012

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE